IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

v.

**Criminal Action No.
5: 93-CR-176 (FJS)**

BERTHA HERNANDEZ,
a/k/a Lucy

Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses Indictment No. 5: 93-CR-176 (FJS) against Bertha Hernandez, a/k/a Lucy, the defendant, charging violations of Title 21, United States Code, Section 846 (count 1) and Title 21, United States Code, Section 841(a)(1) (count 3).

The reason(s) for this dismissal are (check one or more):

___ Case transferred to another District

___ Speedy Trial Act

___ Defendant's cooperation

___ Insufficient evidence at this time

__X__  Other: <u>Interests of Justice.</u>

With respect to this dismissal, defendants (check one):

____  Consents

____  Objects

__X__  Has not been consulted

This dismissal is without prejudice.

                                GLENN T. SUDDABY
                                United States Attorney

By:   Richard R. Southwick
        Assistant U.S. Attorney
        Bar Roll No. 506265

Leave of court is granted for the filing of the foregoing dismissal.

Dated: May 17, 2007

                          Hon. Frederick J. Scullin, Jr.
                          Senior United States District Judge